**Opinion issued November 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

_____

### NO. 01-20-00743-CV

_____

## JUAN SIERRA, NICHOLAS SIERRA, AND SOAMY BAUTISTA, Appellants

## V.

## GULF COAST CONCRETE AND SHELL, INC., Appellee

---

### On Appeal from the 412th Judicial District Court
### Brazoria County, Texas
### Trial Court Case No. 107072-CV

---

### MEMORANDUM OPINION

Appellants have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file brief). After being notified that this appeal was subject to dismissal, appellants did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Rivas-Molloy, and Farris.